RECEIVED
____ FILED        ____ SERVED ON
____ ENTERED
COUNSEL/PARTIES OF RECORD

**JAN - 7 2019**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1  ZIEVE, BRODNAX & STEELE, LLP
   Shadd A. Wade, Esq.
   Nevada Bar No. 11310
2  9435 West Russell Road, Suite 120
   Las Vegas, NV 89148
3  swade@zbslaw.com
   (702) 948-8565; Fax (702) 446-9898
4  *Attorney for Defendants, Bayview Loan Servicing, LLC, and Seaside Trustee, Inc.*

5              **UNITED STATES DISTRICT COURT**

6              **DISTRICT OF NEVADA**   *ORDER*

7  LORI EPPERSON,                        Case No.:  3:18-cv-00392-HDM-WGC

8              Plaintiff,

9       vs.                              **MOTION FOR TELEPHONIC
                                         APPEARANCE**
10 BAYVIEW LOAN SERVICING, LLC,
   SEASIDE TRUSTEE, INC., and DOES I
11 through X, inclusive,

12             Defendants.

13             **PROCEDURAL HISTORY**

14      On or about August 26, 2016, Defendants, Bayview Loan Servicing, LLC and Seaside

15 Trustee, Inc. (collectively "Defendants") petitioned this Court for the removal of Plaintiff Lori

16 Epperson's ("Plaintiff") Complaint.

17      On or about August 23, 2018, Defendant Bayview Loan Servicing, LLC ("Bayview") filed

18 their Answer to the Complaint in the instant matter.

19      On or about August 23, 2018, Defendant, Seaside Trustee, Inc. ("Seaside) filed a

20 Declaration of Non-Monetary Status in the instant matter.

21      On or about November 1, 2018, the parties filed their Proposed Discovery Plan and a

22 Scheduling Order was entered on November 2, 2018, ECF No. 11.

23      On December 17, 2018, this court scheduled a case management conference for January 11,

24 2019 at 10:00 am.

25 ///

26 ///

27 ///

28

## POINTS AND AUTHORITIES

Shadd A. Wade, Esq. ("Counsel") of Zieve, Brodnax & Steele, LLP, Attorney for Defendants, will be at Zieve, Brodnax & Steele's office in Las Vegas, Nevada at the time of the hearing.   In the interests of conserving party resources, Counsel requests leave to appear telephonically.

The local rules provide a basis for appearing at conferences telephonically.  LR IA 1-3(f) provides:

> (f) Meet and Confer. Whenever used in these rules, to "meet and confer" means to communicate directly and discuss in good faith the issues required under the particular rule or court order. This requirement is reciprocal and applies to all participants. Unless these rules or a court order provide otherwise, this requirement may only be satisfied through direct dialogue and discussion in a face-to-face meeting, telephone conference, or video conference. The exchange of written, electronic, or voice-mail communications does not satisfy this requirement.

Per this Court's Order, the parties are to appear for a case management conference, which arguably falls within the definition of "meet and confer," as the parties will be meeting to discuss the issues in this case pursuant to Court order.  Counsel anticipates that the conference will take less than an hour, while travel to and from Northern Nevada from Las Vegas, Nevada will consume an entire day.  Therefore, Counsel for Defendants hereby requests this Court for an order permitting Defendants' counsel, Shadd A Wade, Esq., to appear telephonically at the case management conference currently scheduled for January 11, 2019 at 10:00 am.

At the time of the hearing, Shadd A. Wade, Esq. can be reached directly at 702-948-8565, extension 606. Or in the alternative, Defendants request the Court to provide a call-in number for the hearing.

ZIEVE, BRODNAX & STEELE, LLP

DATED: January 4th, 2019

By: /s/ Shadd A. Wade, Esq.
Shadd A. Wade, Esq.
Nevada Bar No. 11310
swade@zbslaw.com
(702) 948-8565; Fax (702) 446-9898
*Attorney for Defendants*

## ORDER

The Court, having considered Defendants' Motion for Telephonic Appearance, and good cause appearing therefor, grants the Motion, and grants leave to Defendants' counsel to appear telephonically at the case management conference currently scheduled for January 11, 2019 at 10:00 a.m.

✓ Defendant's counsel will appear telephonically by calling the Court at phone number:

877·336·1829 _____ at least 5 minutes before the hearing time;
Access Code = 2809752   Security Code = 18392
OR

_____ the Court will contact Defendants' counsel at 702-948-8565, extension 606.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/7/2019 _____