ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
swade@zbslaw.com
(702) 948-8565; Fax (702) 446-9898
*Attorney for Defendants, Bayview Loan Servicing, LLC, and Seaside Trustee, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LORI EPPERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAYVIEW LOAN SERVICING, LLC, SEASIDE TRUSTEE, INC., and DOES I through X, inclusive,<br><br>　　　　Defendants. | Case No.:　3:18-cv-00392-HDM-WGC<br><br>ORDER GRANTING STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE |

COME NOW Plaintiff, Lori Epperson ("Plaintiff"), by and through attorney, Michael Lehners, Esq., and Defendants Bayview Loan Servicing, LLC and Seaside Trustee, Inc. ("Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), by and through their attorney, Zieve, Brodnax & Steele, LLP, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(iii), hereby stipulate as follows.

1. Whereas, Plaintiff has been making injunction bond payments of $1,925.00 per month since August 2017, held in her attorney's trust account ("Bond Money").
2. Whereas, the Parties have agreed to an Effective Date of April 4, 2019.
3. Plaintiff shall have 60 days from the Effective Date, by June 4, 2019, to vacate the premises, unless otherwise agreed by the Parties.
4. Defendants agree to not evict Plaintiff from the property prior to June 5, 2019.
5. Should Plaintiff fail to vacate the Property within 60 days from the Effective Date, by June 4, 2019, or secure written agreement to the contrary from

Defendants' counsel, Plaintiff's counsel shall release all Bond Money in his trust account to Defendant's counsel.

6. If Plaintiff vacates the Property prior to June 4, 2019, then Plaintiff shall retain the Bond Money.

7. All claims asserted or which could have been asserted in the above-captioned case against Bayview Loan Servicing, LLC and Seaside Trustee, Inc., by Plaintiff, shall be dismissed with prejudice; and

8. Any injunction currently in place is dissolved by this Order;

9. Each party shall bear its own fees and costs in connection with the above-captioned case.

DATED this  16th  day of April, 2019           DATED this  16th  day of April, 2019

 /s/Michael Lehners, Esq.                         /s/ Shadd A. Wade
MICHAEL LEHNERS, ESQ.                   SHADD A. WADE, ESQ.
NV Bar No.: 3331                                  NV Bar No.: 11310
429 Marsh Avenue                                Zieve, Brodnax & Steele, LLP
Reno NV 89509                                     9435 W. Russell Road, Suite 120
e: michaellehners@yahoo.com         Las Vegas, NV 89148
Attorney for Plaintiff                             e: swade@zbslaw.com
                                                               Attorney for Defendants.

## ORDER

Pursuant to the foregoing agreement and stipulation by the Parties, this action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED**.

DATE:  April 17, 2019

_____
UNITED STATES DISTRICT JUDGE