MICHAEL LEHNERS, ESQ.
Nevada State Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
(775) 786-1695
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

LORI EPPERSON,

    Plaintiff,

vs.

BAYVIEW LOAN SERVICING, LLC, et al.,

    Defendant.
_____/

CASE NO.: 3:18-CV-0392-HDM-CBC

### NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

COMES NOW, Michael Lehners, Esq., and pursuant to Nevada Supreme Court Rule 46, hereby withdraws as attorney of record for Plaintiff in the above-entitled matter. Dismissal of the matter was entered April 17, 2019 and all funds held in counsel's trust account have been sent to Defendant's counsel's trust account. Accordingly, including but not limited to, all future correspondence, loan modification and recession of Trustee's Deed pursuant to the settlement agreement are to be sent to the plaintiff at the following address.

    Mrs. Lori Epperson
    4555 Whitney Lane
    Fernley, NV 89408

DATED this 23 day of May, 2019.

MICHAEL LEHNERS, ESQ.
Former counsel for Plaintiff

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: 5/24/2019